# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

WILLIAM C. DAVIS,                                      Civil No. 09-1822 (JMR/JJK)

       Plaintiff,

    v.                                                                  **ORDER**

STATE OF MINNESOTA, BUREAU OF
CRIMINAL APPREHENSION, and
JOAN FABIAN, Commissioner of
Corrections,

       Defendants.

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated October 15, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.    This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: November 2, 2009

                        s/James M. Rosenbaum
                        JAMES M. ROSENBAUM
                        United States District Judge